# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ALLEN R. WILLIAMS,<br><br>Defendant. | No. CR 10-4083-1-MWB<br><br>**OPINION AND ORDER REGARDING DEFENDANT'S MOTION UNDER 18 U.S.C. § 3582(c)(2) TO REDUCE SENTENCE BASED ON THE FAIR SENTENCING ACT** |

_____

This case is before me on defendant Allen R. Williams's *pro se* June 18, 2018, Motion Under 18 U.S.C. § 3582(c)(2) To Reduce Sentence Based On The Fair Sentencing Act. Williams was sentenced on June 1, 2011, to 360 months of imprisonment as a career offender on his convictions on five drug-trafficking offenses involving crack cocaine. Williams now seeks a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) on the ground that "the Fair Sentencing Act of 2010 altered the regime governing mandatory sentences for crack cocaine offenses, that lower 'career offender' guideline range under § 4B1.1."

Unfortunately for Williams, in *United States v. Harris*, 688 F.3d 950, 953–55 (8th Cir. 2012), the Eighth Circuit Court of Appeals held that a defendant convicted of a crack cocaine offense and sentenced as a career offender, even when granted a downward variance from his guidelines range, is ineligible for such § 3582(c)(2) relief. *See also United States v. Reeves*, 717 F.3d 647, 650 (8th Cir. 2013). Thus, Williams is not entitled to the relief he seeks.

THEREFORE, defendant Allen R. Williams's *pro se* June 18, 2018, Motion Under 18 U.S.C. § 3582(c)(2) To Reduce Sentence Based On The Fair Sentencing Act (docket no. 580) is **denied**.

**IT IS SO ORDERED**.

**DATED** this 23rd day of July, 2018.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA